UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MASON,<br><br>          Plaintiff,<br><br>v.<br><br>SASNA DAUNG d/b/a CHEESY EXPRESS, HELGI HEINZMANN TRUST and DOES 1-10, INCLUSIVE,<br><br>          Defendants. | Case No.: 3:18-cv-00416-GPC-AGS<br><br>**ORDER:**<br><br>**GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS [Dkt. No. 2]** |

On February 22, 2018, Plaintiff Roy Mason ("Plaintiff") filed a complaint against Sasna Daung d/b/a Cheesy Express, and Helgi Heinzmann Trust. (Dkt. No. 1 at 1.) Plaintiff concurrently filed a motion to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) Based on the reasoning below, the court GRANTS Plaintiff's motion to proceed IFP.

**I. DISCUSSION**

All parties instituting any non-habeas "civil action, suit, or proceeding" in a federal district court must pay a filing fee of $400.[1] *See* 28 U.S.C. § 1914(a). An action may

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff.

1

proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). The plaintiff must submit an affidavit demonstrating his inability to pay the filing fee and include a complete statement of the plaintiff's assets. 28 U.S.C. § 1915(a)(1).

Here, Plaintiff asserts that he is presently unemployed, receives $867 per month in disability benefits, and has no money in his bank account. (*See* Dkt. No. 2.) His monthly expenses amount to $980. (*Id.*) Based on this information, the Court concludes Plaintiff cannot afford the filing fee for this action. Therefore, the Court GRANTS Plaintiff's motion to proceed IFP.

## II. CONCLUSION

Based on the reasoning above, the Court GRANTS Plaintiff's motion to proceed IFP because he is unable to pay the filing fee.

**IT IS SO ORDERED.**

Dated: June 7, 2018

_____
Hon. Gonzalo P. Curiel
United States District Judge

---

Dec. 1, 2016)). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*